Irma M. Molt, Appellant, v. Frederick F. Molt, Appellee.

Gen. No. 42,517.

134

opinion filed
June 30, 1943. Beckman, Healy, Reid & Hough, for appellant; Arthur
Goldblatt and Leo J. Bartoline, for appellee. Opinion by PRESIDING
JUSTICE BURKE. ''Not to be published in full.''